IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEVEN R. TINNIE,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-2456

_____/

Opinion filed September 1, 2017.

An appeal from the Circuit Court for Duval County.
James H. Daniel, Judge.

Steven R. Tinnie, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Amanda D. Stokes and Jennifer J. Moore, Assistant Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

LEWIS, RAY, and JAY, JJ., CONCUR.